**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Michelle Marie Flower, | ) | Case 5:20-cv-01004-BKS-DJS |
| *Plaintiff*, | ) | |
| | ) | Brenda K. Sannes |
| vs. | ) | United States District Judge |
| | ) | |
| Andrew Saul, | ) | Daniel J. Stewart |
| Commissioner of the Social | ) | United States Magistrate Judge |
| Security Administration | ) | |
| *Defendant*. | ) | Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).  On remand, the Administrative Law Judge ("ALJ") will offer Plaintiff the opportunity for a new hearing, re-evaluate her subjective complaints, re-determine her residual functional capacity, and issue a new decision.

The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Andrew Saul, | Michelle Marie Flowers |
| By His Attorneys | By Her Attorney |
| Antoinette Bacon,<br>Acting United States Attorney | |

| | |
|---|---|
| */s/ Lisa G. Smoller* | */s/ Howard D. Olinsky*[1] |
| Lisa G. Smoller | Howard D. Olinsky |
| Special Assistant United States Attorney | Olinsky Law Group |
| N.D.N.Y. Bar Roll No. 700999 | 300 S. State Street, Suite 420 |
| Social Security Administration | Syracuse, NY 13202 |
| Office of the General Counsel | (315) 701-5780 |
| J.F.K. Federal Building, Room 625 | holinsky@windisability.com |
| Boston, MA 02203 | |
| (617) 565-4279 | |
| Lisa.g.smoller@ssa.gov | |

IT IS SO ORDERED:

_Brenda K. Sannes_
Brenda K. Sannes
U.S. District Judge

Dated: _April 22, 2021_
         Syracuse, NY

---

[1] Signed by Lisa Smoller with Howard Olinsky's permission.